UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

GENA F. THOMAS-RAYMER,
                         Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of the Social Security Administration,
                         Defendant.

No. C04-2191-MAT

~~PROPOSED~~ ORDER

IT IS HEREBY ORDERED that plaintiff's attorney, Anne Kysar, is awarded an attorney's fee of $1,328.81 with costs for the filing fee and photocopies in the amount of $154.50 and expenses for messenger service and postage in the amount of $58.00 for a total of $1,541.31 pursuant to the Equal Access to Justice Act. 28 U.S.C. § 2412

DONE this  14th  day of  April , 2005.

                                      s/ Mary Alice Theiler
                                      UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

SCHROETER, GOLDMARK & BENDER

s/ANNE KYSAR
Anne Kysar, WSBA # 28351
Attorney for Plaintiff
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
E-mail: kysar@SGB-law.com